*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, MCCOY, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Davionne JACKSON**
Aviation Boatswain's Mate Aircraft Handler Petty Officer Third
Class (E-4), U.S. Navy
*Appellant*

**No. 202300287**

_____

Decided: 30 September 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Michelle M. Pettit (arraignment)
Philip J. Hamon (trial)

Sentence adjudged 15 August 2023 by a general court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for nine months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

---

[1] Appellant was credited with have served 192 days of pretrial confinement.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment fails to include the date of the offense for the Specification of Charge VIII as required by Rule for Courts-Martial 1111(b)(1)(A) and *United States v. Wadaa*.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. In accordance with R.C.M. 111(c)(2), we modify the Entry of Judgement and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202300287** |
| v. | **ENTRY OF JUDGMENT** |
| **Davionne JACKSON**<br>**Aviation Boatswain's Mate**<br>**Aircraft Handler**<br>**Petty Officer Third Class (E-4)**<br>**U.S. Navy** | *As Modified on Appeal* |
| *Accused* | **30 September 2024** |

On 15 August 2023, the Accused was tried at Naval Base San Diego, California, by a general court-martial, consisting of a military judge sitting alone. Military Judge Philip J. Hamon presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge II:** **Violation of Article 104a, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 904a.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Specification:** **Fraudulent enlistment by means of deliberate concealment of material facts on or about 29 August 2019.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Charge III:** **Violation of Article 106, Uniform Code of Military Justice, 10 U.S.C. § 906.**

    *Plea:* Not Guilty.
    *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification:** **Impersonating an official of the United States government on or about 14 October 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Charge IV:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification:** **False official statement to an investigator with the Defense Counterintelligence Security Agency on or about 4 December 2019.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Charge V:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 1:** **Sexual assault by committing a sexual act upon D.J. without her consent on divers occasions from on or about October 2021 to on or about December 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:** **Sexual assault by committing a sexual act upon Logistics Specialist Seaman T.D. without consent on or about 15 May 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 3:** **Rape by committing a sexual act upon M.S. by using unlawful force on or about 11 June 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 4:** **Sexual assault by committing a sexual act upon M.S. without her consent on or about 11 June 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 5:** **Abusive sexual contact by committing sexual contact upon M.S. without her consent or about 11 June 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Charge VII:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification:** **Assault consummated by a battery upon M.S. on or about 11 June 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Charge VIII:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Obstruction of justice by posing as a Naval Criminal Investigative Service Special Agent**

**and questioning M.S. on or about 14 October 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge:**   **Violation of Article 91, Uniform Code of Military Justice, 10 U.S.C. § 891.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:**   **Assault of a superior petty officer on or about 8 February 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:**   **Disrespectful language toward a superior petty officer on or about 8 February 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 15 August 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-3.**

**Confinement for a total of nine months, as follows:**

*For the Specification of Charge II:* confinement for two months.

*For the Specification of Charge VIII:* confinement for nine months.

*For Specification 2 of the Additional Charge:* confinement for three months.

The terms of confinement will run concurrently.

Appellant received 192 days of pretrial confinement credit.

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court